UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA DALI BADGETT, | Civil Action No. 3:09 CV-1007 SRU |
| Plaintiff | |
| v. | |
| SHEFFIELD LABORATORIES, DIVISION OF FARIA LIMITED LLC, | |
| Defendant | JULY 14, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Maria Dali Badgett and Defendant Sheffield Laboratories, Division of Faria Limited LLC through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

Respectfully Submitted:

PLAINTIFF,
MARIA DALI BADGETT

By: _____
Thomas W. Meiklejohn (ct 08755)
Mary E. Kelly (ct 07419)
Livingston, Alder, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Tel.: 860-223-9821
Fax: 860-232-7818
twmeiklejohn@lapm.org
mekelly@lapm.org

DEFENDANT,
SHEFFIELD LABORATORIES,
DIVISION OF FARIA LIMITED LLC

By: _____
Beverly W. Garofalo (ct 11439)
Sally D. Welch (ct 27683)
Jackson Lewis LLP
90 Statehouse Square, 8th Floor
Hartford, CT 06103
Tel.: (860) 522-0404
Fax: (860) 247-1330
garofalb@jacksonlewis.com
welchs@jacksonlewis.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 14, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Mary E. Kelly

4847-4796-1094, v. 1